[No. 14017-9-II.   Division Two.   March 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED GAINEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00155-3, J. Kelley Arnold, J., entered June

8, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J.